UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-20877-JEM

MARIA AYME ORTEGA,

    Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

**SCOTTSDALE INSURANCE COMPANY'S STATEMENT OF ATTEMPTED COMPLIANCE WITH THE COURT'S ORDER REQUIRING PARTIES TO MEET AND FILE JOINT SCHEDULING REPORT AND PROPOSED ORDER**

Pursuant to the Court's March 12, 2018 Order Requiring Parties to Meet and File Joint Scheduling Report and Proposed Order and Directing Parties to File Certificates of Interested Parties (Doc 3; hereinafter the "Order"), Defendant, SCOTTSDALE INSURANCE COMPANY (hereinafter "Scottsdale"), by and through its undersigned counsel, hereby advises the Court of its good faith attempt to comply with the Order as follows:

1. Plaintiff filed her Complaint in state court on February 9, 2018. The Complaint was served on Scottsdale on February 16, 2018. Scottsdale removed this action to federal court on March 8, 2018. (Doc. 1.) Scottsdale filed its Motion to Dismiss the Plaintiff's Complaint on March 15, 2018. (Doc. 5.) The Plaintiff has not made an appearance post-removal. The Plaintiff's counsel is included on the CM/ECF service list for this case.

2. On March 19, 2018 the undersigned sent the Order to the Plaintiff's counsel via e-mail. In that correspondence the undersigned provided his availability for the required in-person meeting to discuss the issues required by the Order.

3. With no response from the Plaintiff's counsel, the undersigned followed up with the Plaintiff's counsel on March 27, 2018. The Plaintiff's counsel responded late that night by indicating that his assistant would coordinate the meeting and conference between the parties.

4. Although the Plaintiff's counsel and the undersigned discussed Scottsdale's Motion to Dismiss briefly in correspondence on March 27 and on the telephone on March 28, the undersigned has not been able to arrange for the scheduling conference required by the Order despite the above efforts.

Dated:  April 2, 2018.

Respectfully submitted,

s/ Jonathan E. Lewerenz
Jonathan E. Lewerenz, Fla. Bar No.: 84432
jonathan.lewerenz@phelps.com
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
Attorney for Defendant, Scottsdale Insurance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed a true and correct copy of the foregoing Statement of Attempted Compliance with the Court's Order Requiring Parties to Meet and File Joint Scheduling Report and Proposed Order and Directing Parties to File Certificates of Interested

Parties on April 2, 2018 with the Clerk of Court using the CM/ECF system, which will send an electronic copy to all CM/ECF participants.

                                                       s/ Jonathan E. Lewerenz
                                                      Attorney