IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-CV-20877-JEM

| | |
|---|---|
| MARIA AYME ORTEGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SCOTTSDALE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| _____ | / |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

The undersigned, as attorney for Plaintiff, Maria Ayme Ortega, pursuant to Fed. R. Civ. P. 7.1 and this Court's Order [DE 3] hereby discloses the following:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publically-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   Maria Ayme Ortega, Plaintiff
   c/o Tabares Law, P.A.
   12150 SW 128th Court, Suite 131
   Miami, FL 33186

   Counsel for Plaintiffs, Jasiel Tabares, Esq. and Sandy Angel-Soto Esq.
   Tabares Law, P.A.,
   12150 SW 128th Court, Suite 131
   Miami, FL 33186

       Scottsdale Insurance Company, Defendant
       c/o Phelps Dunbar, LLP
       100 South Ashley Drive, Suite 1900
       Tampa, Florida 33602

       Jonathan E. Lewerenz, Esq.
       Phelps Dunbar, LLP
       100 South Ashley Drive, Suite 1900
       Tampa, Florida 33602

2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

       None known

3)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

       None known

4)    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

       None known

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any conflict. I further certified I have inserted "None" if there is no actual or potential conflict of interest.

10th day of April 2018

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by E-Mail to: Jonathan E. Lewerenz, Esq., Fowler White Burnett, P.A., Attorneys for Defendant, at: jonathan.lewerenz@phelps.com on this 10th day of April 2018 and filed with the clerk via CM/ECF.

Respectfully submitted,

Tabares Law, P.A.
Attorneys for Plaintiff
12150 SW 128th Court
Suite 131
Miami, Florida 33186
Phone: 786-478-6561
Email: jtabares@tabareslaw.com

BY:     /s/ *Jasiel Tabares*
Jasiel Tabares Esq.
Florida Bar No: 95764

BY: */s/ Sandy Angel-Soto*
Sandy Angel-Soto Esq.
Florida Bar No: 43191